**Bee TUTTLE, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 29, 1954.

Lewis & Weaver and William J. Weaver, London, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

We are affirming the judgment in this case for a fine of $100 and 60 days in jail because we think (1) it was not error for the court to try the appellant in his absence; and (2) there was sufficient competent evidence showing that Laurel County was local option territory at the time the appellant was charged with the offense of selling whiskey therein.

The motion for an appeal is overruled and the judgment is affirmed.